

May 21, 2015

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
6/4/2015 1:54:01 PM
CHRISTOPHER A. PRINE
Clerk

HONORABLE NATALIE FLEMING
COUNTY CRIMINAL COURT AT LAW #3
HARRIS COUNTY

Defendant's Name:  TAYLOR MARTIN KORB

Cause No:  1980492

Court:  COUNTY CRIMINAL COURT AT LAW #3

Please note the following appeal updates on the above mentioned cause:

**Notice of Appeal Filed Date:** 5-6-15
**Sentence Imposed Date:** 4-29-15
**Court of Appeals Assignment: First  Court of Appeals**
**Appeal Attorney of Record:** TO BE DETERMINED

Sincerely,

L Arriaga
Criminal Post Trial Deputy

CC:  Devon Anderson
District Attorney
Appellate Division
Harris County, Texas

KAREN BAUER (DELIVERED VIA E-MAIL)

This is your notice to inform any and all substitute reporters in this cause.

1201 Franklin  P.O. Box 4651  Houston, Texas  77210-4651

## NO. 1980492

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE COUNTY CRIMINAL |
| | § | |
| vs. | § | COURT AT LAW NUMBER 3 |
| | § | |
| TAYLOR MARTIN KORB | § | HARRIS COUNTY, TEXAS |

## <u>NOTICE OF APPEAL</u>

**TO THE HONORABLE JUDGE OF SAID COURT:**

Now comes Taylor Martin Korb, Defendant in the above styled and numbered cause, and gives this written notice of appeal to the 1st or 14th Court of Appeals of the State of Texas from the judgment of conviction and sentence herein rendered against Taylor Martin Korb.

Respectfully submitted,

Law Office of Dan Krieger
215 East Galveston Street
League City, Texas 77573
Tel: (281) 332-7630
Fax: (281) 332-7877
dan@krieger-ongert.com

By:/s/ Dan Krieger
    Dan Krieger
    State Bar No. 24064243
    Attorney for Taylor Martin Korb

FILED
Chris Daniel
District Clerk
Time:
MAY 06 2015
By
Harris County, Texas
Deputy

## CERTIFICATE OF SERVICE

This is to certify that on _____, 2015, a true and correct copy of the above and foregoing document was served on the District Attorney's Office, Harris County, by hand delivery.

/s/ Dan Krieger
Dan Krieger

# APPEAL CARD

Court **3**    6-28-15    Cause No. **198092** 1st

### The State of Texas
### Vs

**Taylor Martin Kirb**

**Date Notice Of Appeal:** 5/6/2015   7-29-15

**Presentation:**    Vol._____ Pg._____

**Judgment:**    Vol._____ Pg._____

**Judge Presiding** Wardale Fleming
**Court Reporter** Karen Bauer
**Court Reporter**_____
**Court Reporter**_____

**Attorney on Trial** Chris Morton
**Attorney on Appeal** to be determined

**Appointed**_____ **Hired**_____

**Offense** DWI

**Jury Trial**   Yes ✓   No_____

**Punishment Assessed** 180 probated 1 year $500

**Companion Cases (If Known)**_____

**Amount of Appeal Bond** $1000

**Appellant Confined:**   Yes_____ No_____

**Date Submitted To Appeal Section** 5/20/15

**Deputy Clerk** E. Murphy